# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>OLGA ESMERALDA GEORGE,<br><br>　　　Defendant. | Case No.: 18-CR-3228-RBB-WQH<br><br>**JUDGMENT and ORDER** |

　　　On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

　　　IT IS SO ORDERED.

Dated: June 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　　United States District Court